JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX MARQUIS McCLAIN,<br><br>　　　　Petitioner,<br><br>　　vs.<br><br>W. L. MONTGOMERY, Warden,<br><br>　　　　Respondent. | Case No. CV 15-3504-BRO (KES)<br><br>**JUDGMENT** |

　　Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

　　IT IS HEREBY ADJUDGED that the Petition and entire action is dismissed with prejudice.

DATED: May 3, 2016

_____
BEVERLY REID O'CONNELL
UNITED STATES DISTRICT JUDGE